

85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

**Renan F. Varghese**
rvarghese@wigdorlaw.com

July 20, 2022

**VIA ECF**

The Honorable Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 11 C South
Brooklyn, New York 11201

   Re: Steven DeMeo v. St. John's University and Mike Anderson 1:21-cv-5286 (LDH) (PK)

Dear Magistrate Judge Kuo:

We represent the Plaintiff in the above-referenced action and write jointly with Defendants to provide a Joint Status Update pursuant to Your Honor's Order dated January 20, 2022, Dkt. No. 14. The parties wish to inform the Court that they have reached a tentative settlement of the claims in this matter and respectfully request that the Court stay all of the deadlines in this action for a period of 30 days to allow the parties sufficient time to finalize a settlement agreement. We will of course update the Court on the status of the settlement.

We thank Your Honor for the Court's time and consideration in this matter.

Respectfully submitted,

Renan F. Varghese